IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | |
|---|---|
| R. J. KEYSTONE, a.k.a. ) | |
| RANDALL J. KEYES, ) | |
|     Plaintiff, ) | Civil Action No. 7:05-cv-00801 |
| ) | |
| v. ) | **FINAL ORDER** |
| ) | |
| J. ARMENTROUT, et al., ) | By: Hon. James C. Turk |
|     Defendants. ) | Senior United States District Judge |
| ) | |

In accordance with the memorandum opinion issued this day, it is hereby

**ORDERED**

that plaintiff's motion for in forma pauperis status shall be and hereby is **DENIED**, pursuant to 28 U.S.C. §1915(g); the action shall be and hereby is **DISMISSED** without prejudice and is hereby stricken from the active docket of the court.

The Clerk is directed to send certified copies of this order and the accompanying memorandum opinion to plaintiff and to counsel of record for the defendants, if known.

ENTER: This 9th day of January, 2006.

/s/ James C. Turk
Senior United States District Judge

Dockets.Justia.com